No. 88–6151.   HAMILTON v. DISTRICT COURT OF MONTANA, THIRD JUDICIAL DISTRICT.   Sup. Ct. Mont.   Certiorari denied.

No. 88–6152.   WILKINSON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–6156.   WOLFE v. ALEXANDRIA, VIRGINIA, ET AL.; and WOLFE v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6157.   YOUNG v. KRAATZ ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 88–6158.   WALLS v. PROTHONOTARY, NEW CASTLE COUNTY.   Sup. Ct. Del.   Certiorari denied.

No. 88–6160.   HUNT v. VERMONT.   Sup. Ct. Vt.   Certiorari denied.

No. 88–6162.   FICA v. SCHWARTZ.   Sup. Ct. Fla.   Certiorari denied.

No. 88–6163.   ARONHALT, AKA JONJOCK v. DEEDS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 88–6164.   HUANG v. STERN, ROSENAU & ROSENTHAL.   Ct. App. D. C.   Certiorari denied.

No. 88–6165.   MOORE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–6167.   FERDIK v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   Sup. Ct. Ariz.   Certiorari denied.

No. 88–6168.   KURBEGOVICH v. VASQUEZ, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6169.   DEMOS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON.   C. A. 9th Cir.   Certiorari denied.

No. 88–6170.   SCHIEFELBEIN v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.